McCUNE & HARBER, LLP
515 SOUTH FIGUEROA ST
LOS ANGELES, CA 90071
(213) 689-2500
Fax (213) 689-2501

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JANE DOE 1, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>MANHATTAN BEACH UNIFIED SCHOOL DISTRICT; TYLER GORDON; BEN DALE; and DOES 2-10, inclusive,<br><br>    Defendants. | Case No: 2:19-CV-06962 DDP (RAOX)<br>Hon. Rozella A. Oliver (Magistrate Judge)<br><br>**DISCOVERY MATTER**<br><br>**PROTECTIVE ORDER RE: CONFIDENTIALITY STIPULATION**<br><br>Trial Date: February 9, 2021 |

## ORDER

GOOD CAUSE HAVING BEEN SHOWN AND THE PARTIES HAVING STIPULATED TO THE SAME, the Court finds that the concurrently filed "Confidentiality Stipulation and Protective Order" signed by all parties is sanctioned by the Court, pursuant to Federal Rule of Civil Procedure 29 and shall be and now is the order of the Court.

All parties in this action shall abide by the terms of this "Protective Order Re: Confidentiality Stipulation."

**IT IS SO ORDERED.**

DATED: <u>DECEMBER 4, 2019</u>

_Rozella A. Oliver_

HON. ROZELLA A. OLIVER
United States Magistrate Judge

-1-