O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE 1, an individual,<br>　　Plaintiff,<br><br>vs.<br><br>TYLER GORDON;<br>Defendant. | ) Case No. 2:19-cv-06962 DDP-RAO<br>)<br>) **ORDER DENYING PROSPECTIVE**<br>) **REMOTE TRANSMISSION OF**<br>) **PLAINTIFF WITNESS**<br>)<br>)<br>)<br>) |

    Presently before the court is Plaintiff's Notice of Intent to Seek Remote Transmission of Testimony of Certain Witnesses as to witness Piper Monk, Dkt 297. The court declines to exercise its discretion to permit remote transmission under Fed. R. Civ. P. 43(a). The court does not find the witness's stated unavailability to travel outweighs the importance of face-to-face testimony of a firsthand witness in a jury trial.

**IT IS SO ORDERED.**

Dated: January 9, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Dean D. Pregerson
　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE