JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE 1, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>TYLER GORDON; and DOES 2-10, inclusive,<br><br>    Defendants. | Case No: 2:19-CV-06962 (DDP (RAOX)<br>Assigned to Hon. Dean D. Pregerson, Courtroom 9C, and Magistrate Judge, Hon. Rozella A. Oliver, Courtroom 590<br>(Complaint filed on September 14, 2019)<br><br>**ORDER OF DISMISSAL ON STIPULATION [310]** |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims and causes of action asserted by Jane Doe 1 against Tyler Gordon, with each party bearing their own attorney's fees and costs.

Dated: February 24, 2023

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE